IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY ___ D.C.

05 OCT -6 PM 4:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| VICTORY A. MACKE, | * | |
| Plaintiff, | * | |
| vs. | * | No. 04-2953-B/P |
| MEMPHIS MARINE, | * | |
| Defendant. | * | |

## AMENDED SCHEDULING ORDER

The Court, having considered the Joint Motion To Amend Scheduling Order, is of the opinion that same is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Scheduling Order, dated March 2, 2005, is hereby amended as follows:

Disclosure of Defendant's Rule 26
Expert Information:           November 10, 2005

Expert Witness Depositions:   December 1, 2005

All other dates and deadlines set in the Scheduling Order, including the trial date, are unaffected by this amendment.

**It is so Ordered, this the __6__ day of October, 2005.**

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

\\Server2\C\Data\Mem-Mar\Macke\Proposed.Amended.Sch.Order.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02953 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Howard M. Cohen
O'BRYAN BAUN COHEN
401 S. Old Woodard
Ste. 320
Birmingham, MI 48009

Honorable J. Breen
US DISTRICT COURT