IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| VICTORY A. MACKE, | * | |
| Plaintiff, | * | |
| vs. | * | No. 04-2953-B/P |
| MEMPHIS MARINE, | * | |
| Defendant. | * | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Came the parties and stated to the Court through their counsel that the matters and things in controversy had been amicably settled and that the parties are in agreement that the plaintiff's action should be dismissed with prejudice.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's action be, and it is hereby, dismissed with prejudice, and the parties shall bear their own costs.

Entered this the 31st day of October, 2005.

_____
DISTRICT COURT JUDGE

We Consent:

O'BRYAN BAUM COHEN & KUEBLER

By _____
Howard M. Cohen - P41346
Attorney for Plaintiff
401 South Old Woodward, Suite 320
Birmingham, Michigan 48009
(248) 258-6262
(248) 258-6047 (fax)
e-mail: hcohen@obryanlaw.net


BRATTON & O'NEAL, P.C.

By _____
G. Ray Bratton - #7522
Attorney for Defendant
675 Oakleaf Office Lane, Suite 200
Memphis, Tennessee 38117-4863
(901) 684-6100
(901) 684-6106 (fax)
e-mail: raybratton@brattononeal.com

F:\Data\Mem-Mar\Macke\Dismissal.Con-Ord.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02953 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Howard M. Cohen
O'BRYAN BAUN COHEN
401 S. Old Woodard
Ste. 320
Birmingham, MI 48009

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable J. Breen
US DISTRICT COURT