FILED BY ____ D.C.

05 NOV -2 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

VICTORY A. MACKE,

        Plaintiff,

v.

MEMPHIS MARINE,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04cv2953-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal Of Plaintiff's Claim For Punitive Damages For Failure To Provide Maintenance And Cure entered on October 26, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/2/05
Date

THOMAS M. GOULD
_____
Clerk of Court

Earline Brayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02953 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Howard M. Cohen
O'BRYAN BAUN COHEN
401 S. Old Woodard
Ste. 320
Birmingham, MI 48009

Honorable J. Breen
US DISTRICT COURT